UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN DOE,

                              Plaintiff,

  -against-

RENSSELAER POLYTECHNIC INSTITUTE ("RPI"), ELIZABETH BROWN-GOYETTE, Title IX Investigator; LARRY HARDY, Title IX Coordinator; TRAVIS APGAR, Assistant Vice President and Dean of Students; LENORMAN STRONG, Special Assistant to the President; and PETER KONWERSKI, Vice President for Student Life at RPI,

                              Defendants.

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Case No. 1:19-cv-00719-BKS-DJS

---

Upon the declaration of Scott W. Iseman, Esq., sworn to on the 18th day of June, 2019, and upon the annexed Complaint and Memorandum of Law, let the Defendants show cause before a motion term of this Court, at the James T. Foley Federal Courthouse at 445 Broadway in the City and County of Albany and State of New York on _____, 2019 at _____ in the _____noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

    a.    Enjoining the Defendants during the pendency of this action from enforcing any and all sanctions Defendants intend to impose and are imposing against Plaintiff, including suspension from school and his persona non grata status, which derive from Defendants' finding of Plaintiff's responsibility for violating Defendant Rensselaer Polytechnic Institute's Student Sexual Misconduct Policy and Procedures;

  b. Permitting Plaintiff to proceed under the pseudonym "John Doe" and for his name and the names of other students involved to be redacted from all filings and court papers;

  c. Directing that the Clerk of the Court enter the caption of the above-entitled proceeding in the current minute books and indices of actions and proceedings maintained in his or her office under the title of JOHN DOE v. RENSSELAER POLYTECHNIC INSTITUTE ET AL.; and it is

  ORDERED that, pending the final determination of this case, Plaintiff shall be allowed to enroll in, attend, and receive grades for classes at Defendant institution; and it is further

  ORDERED that, pending the final determination of this case, Rensselaer Polytechnic Institute shall remove all notations of disciplinary action from the Plaintiff's official transcript; and it is further

  ORDERED that, Rensselaer Polytechnic Institute is directed to complete its investigation and adjudication of Plaintiff's retaliation claim prior to the commencement of the 2019 fall term; and it is further

  ORDERED that the caption of this case shall be JOHN DOE v. RENSSELAER POLYTECHNIC INSTITUTE, LENORMAN J. STRONG, Interim Vice President of Student Life, TRAVIS APGAR, Assistant Vice President and Dean of Students, LARRY HARDY, Title IX Coordinator, and ELIZABETH MARY BROWN-GOYETTE, Title IX Investigator and Public Safety Lieutenant; and it is further

ORDERED that personal service of a copy of this ORDER TO SHOW CAUSE together with the papers upon which it is based on or before the \_\_\_\_ day of _____, 2019 shall be deemed good and sufficient service.

SO ORDERED, this \_\_\_ day of _____, 2019.

_____
United States District Court Judge