

**PATTISON SAMPSON**

F. Redmond Griffin
Miekki L. Harrington
Michael E. Ginsberg
Thomas E. Lavery

———

Donald J. Shanley
Rhiannon I. Spencer

———

Edward H. Pattison
(1896-1986)
Stephen H. Sampson
(1911-1982)
Ned Pattison
(1932-1990)
William M. Connors
(1912-1998)
Lambert L. Ginsberg
(1928-2017)

PATTISON SAMPSON GINSBERG & GRIFFIN, PLLC
22 FIRST STREET P.O. BOX 208 TROY, NY 12181-0208
TELEPHONE 518 266 1000   FACSIMILE 518 274 6034
WWW.PSGGLAW.COM
SERVICE BY FAX NOT ACCEPTED

July 1, 2019

Honorable Brenda K. Sannes
US District Court
Northern District of New York
James T. Foley U.S. Courthouse
Suite 509
445 Broadway
Albany, New York 12207

**Re**   **Doe v. Rensselaer Polytechnic Institute,** *et al*
           **Case No. 1:19-cv-719**

Dear Judge Sannes:

This office represents Rensselaer Polytechnic Institute, *et al* with regard to the above referenced matter.  Due to the upcoming holiday, our office respectfully requests an extension from July 5, 2019 to July 8, 2019 to file our Response to the Plaintiff's Order to Show Cause.

Your courtesy in this regard would be greatly appreciated.

Respectfully submitted,

PATTISON, SAMPSON, GINSBERG & GRIFFIN, PLLC

Rhiannon I. Spencer, Esq.
Direct Dial: (518) 266-1001
spencer@psgglaw.com
RIS/may