UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN DOE,

                Plaintiff,

-against-

RENSSELAER POLYTECHNIC INSTITUTE "RPI",
ELIZABETH BROWN-GOYETTE, Title IX Investigator,
LARRY HARDY, Title IX Coordinator, TRAVIS APGAR,
Assistant Vice President and Dean of Students, LE NORMAN
STRONG, Special Assistant to the President, PETER KONWERSKI,
Vice President for Student Life at RPI,

                Defendant.

**NOTICE OF MOTION**
Civil Action No.: 1:19-cv-719
(BKS/DJS)

| | |
|---|---|
| Motion by: | Defendants Elizabeth Brown-Goyette, Larry Hardy, Travis Apgar, Le Norman Strong, and Peter Konwerski |
| Time, Date and Place of Hearing: | **Tuesday, August 13, 2019 at 9:30 a.m.** United States District Court, James T. Foley, U.S. Courthouse 45 Broadway, Albany, New York 12207 |
| Relief Demanded: | An Order pursuant to Rule 12 (b)(6) F.R.C.P. dismissing any and all claims against the movants and for such other and further relief as to the Court may seem just and proper. |
| Reply Papers: | Pursuant to Local Rule 7, answering papers, if any, are required to be served upon the undersigned at least seventeen (17) days prior to the return date of this motion. Reply papers must be served at least eleven (11) days prior thereto. |

Dated: July 11, 2019.

_____
Michael E. Ginsberg, Esq.
Rhiannon I. Spencer, Esq.
**Pattison, Sampson, Ginsberg & Griffin, PLLC**
*Attorneys for Defendants,*
22 First Street - P. O. Box 208
Troy, New York 12181-0208

1