

# O'CONNELL ANDAND ARONOWITZ
ATTORNEYS AT LAW

July 12, 2019

**<u>Via ECF</u>**
Honorable Brenda K. Sannes
U.S. District Court
Northern District of New York
Federal Building and U.S. Courthouse
PO Box 7336
Syracuse, New York 13261-7336

Re:   Doe v. Rensselaer Polytechnic Institute, et al
      Case No. 1:19-cv-719 (BKS/DJS)

Dear Judge Sannes:

     We represent the Plaintiff in the above matter and write to request that our deadline to file our Reply be extended from today until Monday, July 15th. The additional time is requested because yesterday we were provided access to materials related to the retaliation complaint that impacts our pending motion for a Temporary Restraining Order and Preliminary Injunction and may impact our Reply related to that pending motion. We conferred with opposing counsel and they consent to this request.

Very truly yours,

O'CONNELL AND ARONOWITZ

By: *[signature]*

Scott W. Iseman

cc:   All parties (ECF)

EDWARD J. O'CONNELL
 1925-1939
SAMUEL E. ARONOWITZ
 1925-1973
LEWIS A. ARONOWITZ
 1951-1979

IN MEMORIAM
F. MATTHEW JACKSON
 2013-2019

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY

SENIOR COUNSEL
FRED B. WANDER

OF COUNSEL
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

CHAD A. JEROME
MICHAEL Y. HAWRYLCHAK
MARY T. CONNOLLY
COURTNEY L. ALPERT
ANDREW KO
JULIA V. KOSINESKI

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE