# O'CONNELL ARONOWITZ
## ATTORNEYS AT LAW

EDWARD J. O'CONNELL
  1925-1939
SAMUEL E. ARONOWITZ
  1925-1973
LEWIS A. ARONOWITZ
  1951-1979

IN MEMORIAM
F. MATTHEW JACKSON
  2013-2019

CORNELIUS D. MURRAY
STEPHEN R. COFFEY
JEFFREY J. SHERRIN
THOMAS J. DiNOVO
PAMELA A. NICHOLS
JEFFREY A. SIEGEL
JAMI DURANTE ROGOWSKI
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
ROBERT J. KOSHGARIAN
MATTHEW J. DORSEY
GEORGE R. SLINGERLAND
SCOTT W. ISEMAN
BRITTNAY M. McMAHON
DANIELLE E. HOLLEY

SENIOR COUNSEL
FRED B. WANDER

OF COUNSEL
RICHARD S. HARROW
MEREDITH H. SAVITT
PAUL A. FEIGENBAUM
ARTHUR A. PASQUARIELLO
FLORENCE M. RICHARDSON
CRISTINA D. COMMISSO
GRAIG F. ZAPPIA
DANIEL J. TUCZINSKI
KAREN MARTINO VALLE
ROLAND M. CAVALIER

CHAD A. JEROME
MICHAEL Y. HAWRYLCHAK
MARY T. CONNOLLY
ANDREW KO
JULIA V. KOSINESKI

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE CONSULTING GROUP)

*NOT A MEMBER OF THE LEGAL PRACTICE

October 9, 2019

Hon. Daniel J. Stewart, U.S. Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway - 4th Floor
Albany, NY 12207

**Re:**  *John Doe v. Rensselaer Polytechnic Institute*
      **1:19-CV-719 (DJS)**

Dear Judge Stewart:

We write, with the Defendant's consent, to request additional time to advise the Court of our selected mediator. The parties have agreed to Randolph Treece and we have inquired whether he is interested. However, we were advised that Judge Treece is out of the office until October 15, which is the current deadline for the parties to notify the Court regarding the selected mediator. We therefore request an extension to October 22nd to inform the Court of our selected mediator and provide the required stipulation and other information.

Thank you for your attention to this request.

Very truly yours,

O'CONNELL AND ARONOWITZ

By: *[signature]*

Scott W. Iseman

cc:   All parties (ECF)

54 STATE STREET • ALBANY, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.
With offices in Albany, Latham, New York City, Plattsburgh and Saratoga Springs.
www.oalaw.com

{O0484580.1}